**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell**                                    Case No.

                  Debtor(s)                                        Chapter 13 Proceeding

## ☐ *AMENDED*    ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN

## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

---

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation.  Any amendment may affect your status as a creditor.  The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change.  The following Plan advises creditors of the status of the case based on the information known at the time of its preparation.  Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances.  More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas.  Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

---

### Plan Summary

**A.**   The Debtor's Plan Payment will be _____**Variable Payments**_____, paid by  ☐ Pay Order or ☑ Direct Pay
         for _____**60 months**_____.  The gross amount to be paid into the plan is _____**$35,250.00**_____.

**B.**   The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount
         of the claim, whichever amount is provided for in Section VI below, and approximately __**44%**____ of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS.  YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO
RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED.  CREDITORS ARE REFERRED TO THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND
THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR
INFORMATION ON THESE AND OTHER DEADLINES.

**C.**   The value of the Debtor's non-exempt assets is _____**$0.00**_____.

**D.**   If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set
         forth below.

### Plan Provisions

### I.  Vesting of Estate Property

☑   Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☐   Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐   Other (describe):

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell**                                                      Case No.

             Debtor(s)                                                      Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors.  The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition.  Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed.  Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
| --- | --- | --- |
| Conns Credit Corp<br>32" TV | $5.41 | |
| Gecrb/conns<br>1 Washer, 1 Dryer, 1 TV, 1 DVR | $29.63 | |
| Regional Fin<br>1 Mattress Set, 42' TV, 52" TV | $25.89 | |
| Usa Discounters Ltd<br>2 Dinnett Set,1 Coach | $44.04 | |
| Zale/cbsd<br>1 Ring | $5.01 | |

### III.  Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
| --- | --- | --- | --- |
| Aarons | Furniture | Assumed | No |
| AT & T | Cell Phone | Assumed | No |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
| --- | --- | --- | --- |
| **(None)** | | | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell**                                      Case No.

           Debtor(s)                                      Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 2*

---

### IV.  Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan.  Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated.  The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2).  Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date.  If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

*"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on*
_____ *."*


_____               _____
Debtor                                                  Joint Debtor

### V.  Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided.  If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions.  Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date.  If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.  (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell**                                              Case No.

                    Debtor(s)                                                   Chapter 13 Proceeding

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**
*Continuation Sheet # 3*

---

## VI.  Specific Treatment for Payment of Allowed Claims

### 1.  PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS

**A.**  Debtor(s) shall pay the following creditors directly.  Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly.  Minors should be identified by their initials only.  If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth.  Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Chrysler Capital<br>2013 Dodge Journey | | $34,606.00 | $707.00 |
| United Sec/dovenmuehle<br>5102 Holster Dr Killeen, TX 76549 | | $119,030.00 | $927.00 |

**B.**  Debtor surrenders the following collateral.  Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| San Antonio Credit Uni | 2008 Nissan Sentra |
| Vanderbilt Mortgage | 5018 Lance Loop, Killeen 76549 |

### 2.  PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.**  Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees.  The Trustee shall receive up to 10% of all sums received.  No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method:<br>before secured creditors,<br>after secured creditors, or<br>along with secured | Remarks |
|---|---|---|---|
| Law Offices of Ed L. Laughlin | $2,500.00 | BEFORE | |

Form 11/7/05                    *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell**                                              Case No.

                    Debtor(s)                                              Chapter 13 Proceeding

☐ ***AMENDED***   ☐ ***MODIFIED***

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

**B.**   Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| IRS | $1,335.00 | ALONG WITH | |

**C.**   Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

**D.**   Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.**   Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328.  Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Conns Credit Corp 32" TV | $433.00 | $433.00 | Pro-Rata | 5.5% | $463.38 | |
| Gecrb/conns 1 Washer, 1 Dryer, 1 TV, 1 DVR | $2,370.00 | $2,370.00 | Pro-Rata | 5.5% | $2,536.36 | |
| Regional Fin 1 Mattress Set, 42' TV, 52" TV | $2,071.00 | $2,071.00 | Pro-Rata | 5.5% | $2,216.36 | |
| Usa Discounters Ltd 2 Dinnett Set,1 Coach | $3,523.00 | $3,523.00 | Pro-Rata | 5.5% | $3,770.27 | |
| Zale/cbsd 1 Ring | $401.00 | $401.00 | Pro-Rata | 5.5% | $429.14 | |

**F.**   General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately ____**44%**_____ of their allowed claims.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell**                                        Case No.

                    Debtor(s)                                        Chapter 13 Proceeding

☐ ***AMENDED***   ☐ ***MODIFIED***

**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 5*

**Totals:**

| | |
|---|---|
| Administrative Claims | **$2,500.00** |
| Priority Claims | **$1,335.00** |
| Arrearage Claims | **$0.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$8,798.00** |
| Unsecured Claims | **$41,336.00** |

**VII.  Supplemental Plan Provisions**

The following are the Supplemental Plan Provisions:
**None**

Respectfully submitted this date:   **9/30/2014**                                        .

                                                                **/s/ Ed L. Laughlin**
                                                                Ed L. Laughlin
                                                                1101 E Central Tx. Expwy.
                                                                Killeen, TX 76541
                                                                Phone: (254) 699-2460 / Fax: (254) 953-4528
                                                                (Attorney for Debtor)

**/s/ Robert Campbell**
Robert Campbell
5102 Holster Dr
Killeen, TX 76549
(Debtor)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell**                                        CASE NO

*Debtor(s)*                                          CHAPTER    **13**

## <u>EXHIBIT "B" - VARIABLE PLAN PAYMENTS</u>

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| <u>Month</u> | <u>Payment</u> | <u>Month</u> | <u>Payment</u> | <u>Month</u> | <u>Payment</u> |
|---|---|---|---|---|---|
| 1 | $500.00 | 21 | $625.00 | 41 | $625.00 |
| 2 | $500.00 | 22 | $625.00 | 42 | $625.00 |
| 3 | $500.00 | 23 | $625.00 | 43 | $625.00 |
| 4 | $500.00 | 24 | $625.00 | 44 | $625.00 |
| 5 | $500.00 | 25 | $625.00 | 45 | $625.00 |
| 6 | $500.00 | 26 | $625.00 | 46 | $625.00 |
| 7 | $500.00 | 27 | $625.00 | 47 | $625.00 |
| 8 | $500.00 | 28 | $625.00 | 48 | $625.00 |
| 9 | $500.00 | 29 | $625.00 | 49 | $625.00 |
| 10 | $500.00 | 30 | $625.00 | 50 | $625.00 |
| 11 | $500.00 | 31 | $625.00 | 51 | $625.00 |
| 12 | $500.00 | 32 | $625.00 | 52 | $625.00 |
| 13 | $500.00 | 33 | $625.00 | 53 | $625.00 |
| 14 | $500.00 | 34 | $625.00 | 54 | $625.00 |
| 15 | $500.00 | 35 | $625.00 | 55 | $625.00 |
| 16 | $500.00 | 36 | $625.00 | 56 | $625.00 |
| 17 | $500.00 | 37 | $625.00 | 57 | $625.00 |
| 18 | $500.00 | 38 | $625.00 | 58 | $625.00 |
| 19 | $625.00 | 39 | $625.00 | 59 | $625.00 |
| 20 | $625.00 | 40 | $625.00 | 60 | $625.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell** _____                    CASE NO.

_Debtor_

_____                    CHAPTER    **13**

_Joint Debtor_

**CERTIFICATE OF SERVICE**

---

I, the undersigned, hereby certify that on September 30, 2014, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ Ed L. Laughlin** _____
Ed L. Laughlin
Bar ID:11991500
Law Offices of Ed L. Laughlin
1101 E Central Tx. Expwy.
Killeen, TX 76541
(254) 699-2460

---

Armed Forces Loans Of
xxxxxxxxx864I
6161 S Rainbow Blvd Ste
Las Vegas, NV 89118

Capital 1 Bank
xxxxxxxxxxxx7990
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

CitiCards Private Label
xxxxxxxxxxxx0892
CitiCards/Attn: Bankruptcy Dept
PO Box 6077
Sioux Falls, SD 57117

Armed Forces Loans Of
xxxx864H
6161 S Rainbow Blvd Ste
Las Vegas, NV 89118

Chase
xxxxxxxxxxx1175
P.o. Box 15298
Wilmington, DE 19850

Conns Credit Corp
xxxxx2830
3295 College St
Beaumont, TX 77701

Barclays Bank Delaware
xxxxxxxxxxx0161
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899

Chrysler Capital
xxxxxxxxxxxx1000
Po Box 961275
Ft Worth, TX 76161

Credit One Bank
xxxxxxxxxxxx7612
PO Box 98873
Las Vegas, NV 89193

Cap1/bstby
xxxxxxxxxxxx5950
PO Box 90253
Salt Lake City, UT 841310

Citibank Usa
xxxxxxxxxxxx6545
Citicorp Credit Services/Attn:Centralize
PO Box 20507
Kansas City, MO 64195

Dell Financial Services
xxxxxxxxxxxxxxx5197
Dell Financial Services Attn:
Bankrupcty
PO Box 81577
Austin, TX 78708

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE:  **Robert Campbell**                                              CASE NO.

_____
Debtor

_____                    CHAPTER    **13**
Joint Debtor

## CERTIFICATE OF SERVICE
### (Continuation Sheet #1)

---

Elan Financial Service
xxxxxxxxxxxx3298
777 E Wisconsin Ave
Milwaukee, WI 53202

Gemb/walmart
xxxxxxxxxxxx9505
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076

Onemain Fi
xxxxxxxxxxxx3808
6801 Colwell Blvd
Irving, TX 75039

First Premier Bank
xxxxxxxxxxxx2718
3820 N Louise Ave
Sioux Falls, SD 57107

Hscb/nautl
xxxxxxxxxxxx6331
Attention: HSBC Retail Services
PO Box 5264
Carol Stream, IL 60197

Ray Hendren, C13 Trustee
3410 Far West Blvd (By Clerk)
Suite 200
Austin, TX 78731

GECRB/Chevron
xxxxxxxxxxxx1175
Attention: Bankruptcy
PO Box 103104
Roswell, GA 30076

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Regional Fin
xxxxxxx1801
2314 W. Adams Aven
Temple, TX 76504

Gecrb/conns
xxxxxxxxxxxx7211
Po Box 981439
El Paso, TX 79998

IRS
PO Box 30309
Memphis, TN 38130

Robert Campbell
5102 Holster Dr
Killeen, TX 76549

GECRB/JC Penny
xxxxxxxxxxxx3410
Attention:  Bankruptcy
PO Box 103104
Roswell, GA 30076

Merrick Bk
xxxxxxxxxxxx8259
Attn: Bankruptcy
P.O. Box 9201
Old Bethpage, NY 11804

Sams Club / GEMB
xxxxxxxxxxxx2480
Attention:  Bankruptcy Department
PO box 103104
Roswell, GA 30076

Gecrb/qvc
xxxxxxxxxxxx0285
Po Box 965018
Orlando, FL 32896

Military Star
xxxxxxxxxxxx6275
3911 S Walton Walker Blv
Dallas, TX 75236

San Antonio Credit Uni
xxxxxxxx1001
Attn: Bankruptcy
PO Box 1356
San Antonio, TX 78295

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell** _____          CASE NO.

_____
                    *Debtor*

_____                   CHAPTER    **13**
                  *Joint Debtor*

### CERTIFICATE OF SERVICE
(Continuation Sheet #2)

Sears/cbna
xxxxxxxxxxxx0457
Po Box 6282
Sioux Falls, SD 57117


United Sec/dovenmuehle
xxxxxxxxx2590
1 Corporate Dr Ste 360
Lake Zurich, IL 60047


Usa Discounters Ltd
xxxxxxx2150
PO Box 80098
Virginia Beach, VA 23450


Vanderbilt Mortgage
xx1867
Attn: Bankruptcy Dept
P.O. Box 9800
Maryville, TN 37802


Zale/cbsd
xxxxxxxxxxxx5378
Attn.: Centralized  Bankruptcy
PO Box 20363
Kansas City, MO 64195

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell,  Debtor**                          CASE NO   **Unknown**

                                                              CHAPTER   **13**

# PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan.   This Pro Forma serves as support documentation to the debtor's proposed plan.  Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---|---|---|---|---|---|---|---|---|
| Conns Credit Corp | $433.00 | 5.50% | $30.38 | $15.43 | $15.43 | $15.45 | $15.45 | $15.46 | $15.47 |
| Gecrb/conns | $2,370.00 | 5.50% | $166.36 | $84.46 | $84.51 | $84.55 | $84.60 | $84.63 | $84.67 |
| IRS | $1,335.00 | 10.00% | $176.41 | $47.76 | $47.96 | $48.16 | $48.36 | $48.57 | $48.77 |
| Law Offices of Ed L. Laughlin | $2,500.00 | 0.00% | $0.00 | $88.69 | $88.33 | $87.97 | $87.61 | $87.26 | $86.90 |
| Regional Fin | $2,071.00 | 5.50% | $145.36 | $73.81 | $73.85 | $73.88 | $73.92 | $73.95 | $73.99 |
| Usa Discounters Ltd | $3,523.00 | 5.50% | $247.27 | $125.56 | $125.62 | $125.68 | $125.75 | $125.81 | $125.87 |
| Zale/cbsd | $401.00 | 5.50% | $28.14 | $14.29 | $14.30 | $14.31 | $14.31 | $14.32 | $14.33 |

| | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| NEW BALANCE: | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---|---|---|---|---|---|---|---|---|
| Conns Credit Corp | $433.00 | 5.50% | $30.38 | $15.47 | $15.48 | $15.49 | $15.50 | $15.50 | $15.50 |
| Gecrb/conns | $2,370.00 | 5.50% | $166.36 | $84.71 | $84.75 | $84.80 | $84.83 | $84.87 | $84.91 |
| IRS | $1,335.00 | 10.00% | $176.41 | $48.98 | $49.19 | $49.39 | $49.60 | $49.81 | $50.02 |
| Law Offices of Ed L. Laughlin | $2,500.00 | 0.00% | $0.00 | $86.55 | $86.20 | $85.84 | $85.49 | $85.14 | $84.78 |
| Regional Fin | $2,071.00 | 5.50% | $145.36 | $74.03 | $74.06 | $74.09 | $74.13 | $74.16 | $74.20 |
| Usa Discounters Ltd | $3,523.00 | 5.50% | $247.27 | $125.93 | $125.98 | $126.04 | $126.10 | $126.16 | $126.22 |
| Zale/cbsd | $401.00 | 5.50% | $28.14 | $14.33 | $14.34 | $14.35 | $14.35 | $14.36 | $14.37 |

| | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| NEW BALANCE: | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---|---|---|---|---|---|---|---|---|
| Conns Credit Corp | $433.00 | 5.50% | $30.38 | $15.52 | $15.53 | $15.54 | $15.53 | $15.54 | $15.55 |
| Gecrb/conns | $2,370.00 | 5.50% | $166.36 | $84.95 | $84.98 | $85.02 | $85.06 | $85.09 | $85.13 |
| IRS | $1,335.00 | 10.00% | $176.41 | $50.22 | $50.44 | $50.64 | $50.86 | $51.07 | $51.28 |
| Law Offices of Ed L. Laughlin | $2,500.00 | 0.00% | $0.00 | $84.44 | $84.08 | $83.74 | $83.39 | $83.05 | $82.70 |
| Regional Fin | $2,071.00 | 5.50% | $145.36 | $74.23 | $74.26 | $74.29 | $74.33 | $74.36 | $74.39 |
| Usa Discounters Ltd | $3,523.00 | 5.50% | $247.27 | $126.27 | $126.33 | $126.39 | $126.44 | $126.49 | $126.55 |
| Zale/cbsd | $401.00 | 5.50% | $28.14 | $14.37 | $14.38 | $14.38 | $14.39 | $14.40 | $14.40 |

| | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| NEW BALANCE: | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---|---|---|---|---|---|---|---|---|
| Conns Credit Corp | $433.00 | 5.50% | $30.38 | $19.45 | $19.46 | $19.47 | $19.47 | $19.48 | $19.49 |
| Gecrb/conns | $2,370.00 | 5.50% | $166.36 | $106.46 | $106.50 | $106.54 | $106.58 | $106.63 | $106.67 |
| IRS | $1,335.00 | 10.00% | $176.41 | $64.36 | $64.63 | $64.90 | $65.17 | $65.44 | $65.70 |
| Law Offices of Ed L. Laughlin | $2,500.00 | 0.00% | $0.00 | $102.95 | $102.52 | $102.09 | $101.67 | $101.24 | $100.82 |
| Regional Fin | $2,071.00 | 5.50% | $145.36 | $93.03 | $93.06 | $93.10 | $93.14 | $93.17 | $93.21 |
| Usa Discounters Ltd | $3,523.00 | 5.50% | $247.27 | $158.24 | $158.31 | $158.37 | $158.44 | $158.50 | $158.56 |
| Zale/cbsd | $401.00 | 5.50% | $28.14 | $18.01 | $18.02 | $18.03 | $18.03 | $18.04 | $18.05 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell,  Debtor**

CASE NO   **Unknown**

CHAPTER   **13**

| | | | | | | |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| NEW BALANCE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---|---|---|---|---|---|---|---|---|
| Conns Credit Corp | $433.00 | 5.50% | $30.38 | $19.50 | $19.51 | $19.53 | $9.18 | $0.00 | $0.00 |
| Gecrb/conns | $2,370.00 | 5.50% | $166.36 | $106.71 | $106.75 | $106.78 | $50.22 | $0.00 | $0.00 |
| IRS | $1,335.00 | 10.00% | $176.41 | $65.97 | $66.25 | $66.52 | $31.39 | $0.00 | $0.00 |
| Law Offices of Ed L. Laughlin | $2,500.00 | 0.00% | $0.00 | $100.40 | $99.98 | $99.56 | $46.61 | $0.00 | $0.00 |
| Regional Fin | $2,071.00 | 5.50% | $145.36 | $93.24 | $93.28 | $93.32 | $43.88 | $0.00 | $0.00 |
| Usa Discounters Ltd | $3,523.00 | 5.50% | $247.27 | $158.62 | $158.67 | $158.73 | $74.64 | $0.00 | $0.00 |
| Zale/cbsd | $401.00 | 5.50% | $28.14 | $18.06 | $18.06 | $18.06 | $8.50 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| NEW BALANCE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | $562.50 | $562.50 | $562.50 | $264.42 | $0.00 | $0.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $298.08 | $562.50 | $562.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---|---|---|---|---|---|---|---|---|
| Conns Credit Corp | $433.00 | 5.50% | $30.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/conns | $2,370.00 | 5.50% | $166.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IRS | $1,335.00 | 10.00% | $176.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Offices of Ed L. Laughlin | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Regional Fin | $2,071.00 | 5.50% | $145.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Usa Discounters Ltd | $3,523.00 | 5.50% | $247.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $401.00 | 5.50% | $28.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| NEW BALANCE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 |
|---|---|---|---|---|---|---|---|---|---|
| Conns Credit Corp | $433.00 | 5.50% | $30.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/conns | $2,370.00 | 5.50% | $166.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IRS | $1,335.00 | 10.00% | $176.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Offices of Ed L. Laughlin | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Regional Fin | $2,071.00 | 5.50% | $145.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Usa Discounters Ltd | $3,523.00 | 5.50% | $247.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $401.00 | 5.50% | $28.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| NEW BALANCE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 43 | MONTH 44 | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 |
|---|---|---|---|---|---|---|---|---|---|
| Conns Credit Corp | $433.00 | 5.50% | $30.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/conns | $2,370.00 | 5.50% | $166.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IRS | $1,335.00 | 10.00% | $176.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Offices of Ed L. Laughlin | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Regional Fin | $2,071.00 | 5.50% | $145.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Usa Discounters Ltd | $3,523.00 | 5.50% | $247.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $401.00 | 5.50% | $28.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE:  **Robert Campbell,  Debtor**                       CASE NO    **Unknown**

CHAPTER    **13**

| | | | | | | |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| NEW BALANCE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 |
|---|---|---|---|---|---|---|---|---|---|
| Conns Credit Corp | $433.00 | 5.50% | $30.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/conns | $2,370.00 | 5.50% | $166.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IRS | $1,335.00 | 10.00% | $176.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Offices of Ed L. Laughlin | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Regional Fin | $2,071.00 | 5.50% | $145.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Usa Discounters Ltd | $3,523.00 | 5.50% | $247.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $401.00 | 5.50% | $28.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| NEW BALANCE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 55 | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 |
|---|---|---|---|---|---|---|---|---|---|
| Conns Credit Corp | $433.00 | 5.50% | $30.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gecrb/conns | $2,370.00 | 5.50% | $166.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| IRS | $1,335.00 | 10.00% | $176.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Law Offices of Ed L. Laughlin | $2,500.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Regional Fin | $2,071.00 | 5.50% | $145.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Usa Discounters Ltd | $3,523.00 | 5.50% | $247.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $401.00 | 5.50% | $28.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEGINNING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| NEW BALANCE: | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 | $625.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 | $562.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 | $62.50 |
| ENDING BALANCE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Robert | Campbell |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | |
| Case number | | |
| (if known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | General MGR | |
| **Employer's name** | | CEFCO | |
| **Employer's address** | | 6261 Central Point Prkwy | |
| | | Number  Street | Number  Street |
| | | | |
| | | | |
| | | Temple          TX    76504 | |
| | | City          State  Zip Code | City          State  Zip Code |
| **How long employed there?** | | 3 Mo. | |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $3,933.32 | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $3,933.32 | |

Debtor 1   **Robert**                        **Campbell**                    Case number (if known) _____

| First Name | Middle Name | Last Name |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ........................................➔ | 4. | $3,933.32 | |
| **5.** | **List all payroll deductions:** | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | $300.91 | |
| | **5b.** Mandatory contributions for retirement plans | 5b. | $0.00 | |
| | **5c.** Voluntary contributions for retirement plans | 5c. | $0.00 | |
| | **5d.** Required repayments of retirement fund loans | 5d. | $0.00 | |
| | **5e.** Insurance | 5e. | $0.00 | |
| | **5f.** Domestic support obligations | 5f. | $0.00 | |
| | **5g.** Union dues | 5g. | $0.00 | |
| | **5h.** Other deductions. Specify: | 5h. + | $0.00 | |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $300.91 | |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $3,632.41 | |
| **8.** | **List all other income regularly received:** | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | $0.00 | |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | $0.00 | |
| | **8e.** Social Security | 8e. | $0.00 | |
| | **8f.** Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | |
| | **8g.** Pension or retirement income | 8g. | $1,716.00 | |
| | **8h.** Other monthly income. Specify: | 8h. + | $0.00 | |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,716.00 | |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $5,348.41 + | = $5,348.41 |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | | |
| | Specify: | 11. + | $0.00 | |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | 12. | $5,348.41 | |

Combined monthly income

| Debtor 1 | **Robert** | | **Campbell** | | Case number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**13.  Do you expect an increase or decrease within the year after you file this form?**

☐  No.

☑  Yes. Explain:

**Aarons pays off in April 2016**

Debtor 1 **Robert** _____ **Campbell** _____  Case number (if known) _____

First Name    Middle Name    Last Name

1. **Additional Employers** <u>Debtor 1</u>    <u>Debtor 2 or non-filing spouse</u>

| | | |
|---|---|---|
| **Occupation** | **Retired Military** | _____ |
| **Employer's name** | **DFAS US MILITARY RETIREMENT PAY** | _____ |
| **Employer's address** | **P.O. BOX 7130** | _____ |
| | | _____ |
| | | _____ |
| | **LONDON**     **KY**    **40742-7130** | _____ |

City              State    Zip Code        City                    State    Zip Code

**How long employed there?** _____    _____

**Schedule I: Your Income**                    page 4

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert**   **Campbell** |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**          ☐ No

    Do not list Debtor 1 and Debtor 2.          ☑ Yes. Fill out this information for each dependent..................

    Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Wife** | | ☐ No  ☑ Yes |
| **Step-son** | 5 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**          ☑ No          ☐ Yes

### Part 2:     Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4.  **The rental or home ownership expenses for your residence.**          4.          **$927.00**
    Include first mortgage payments and any rent for the ground or lot.

    If not included in line 4:

    4a.   Real estate taxes          4a.   _____

    4b.   Property, homeowner's, or renter's insurance          4b.   _____

    4c.   Home maintenance, repair, and upkeep expenses          4c.   **$150.00**

    4d.   Homeowner's association or condominium dues          4d.   _____

Debtor 1 **Robert**                       **Campbell**              Case number (if known) _____

    First Name                  Middle Name           Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. **$250.00** |
| | 6b. Water, sewer, garbage collection | 6b. **$100.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. **$141.00** |
| | 6d. Other. Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. **$600.00** |
| 8. | **Childcare and children's education costs** | 8. **$25.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$100.00** |
| 10. | **Personal care products and services** | 10. **$50.00** |
| 11. | **Medical and dental expenses** | 11. **$50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. **$440.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. **$75.00** |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. _____ |
| | 15b. Health insurance | 15b. _____ |
| | 15c. Vehicle insurance | 15c. **$150.00** |
| | 15d. Other insurance. Specify: _____ | 15d. _____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 | 17a. **$707.43** |
| | 17b. Car payments for Vehicle 2    **Wife's Car Note (she pays)** | 17b. **$450.00** |
| | 17c. Other. Specify: **Aarons** | 17c. **$125.00** |
| | 17d. Other. Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a. Mortgages on other property | 20a. _____ |
| | 20b. Real estate taxes | 20b. _____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e. Homeowner's association or condominium dues | 20e. _____ |

Debtor 1 __**Robert**_____**Campbell**_____    Case number (if known) _____
             First Name          Middle Name                 Last Name

**21. Other.**  Specify: __**See continuation sheet**_____    21. **+** _____**$507.00**

**22. Your monthly expenses.**   Add lines 4 through 21.
     The result is your monthly expenses.                                           22.  | _____**$4,847.43**

**23. Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.             23a.  _____**$5,348.41**

    23b.  Copy your monthly expenses from line 22 above.                           23b. **–** _____**$4,847.43**

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                                   23c.  | _____**$500.98**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
    payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.  Explain here:
            **None.**

Debtor 1 __**Robert**_____  __**Campbell**_____  Case number (if known) _____
      First Name          Middle Name        Last Name

**21.** **Other.  Specify:**

| | |
|---|---:|
| **Cell Phone** | **$300.00** |
| **Pet Expenses/Care** | **$75.00** |
| **Home Security System** | **$35.00** |
| **Lunches on the Job** | **$60.00** |
| **Work Clothing/Equipment** | **$37.00** |
| **Total:** | **$507.00** |